COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In the Interest of E.S.T. aka E.T., a Child

Appellate case number:    01-22-00404-CV

Trial court case number:    2019-01176J

Trial court:    315th District Court of Harris County

On September 8, 2022, Appellee, the Department of Family and Protective Services, filed a "First Unopposed Motion for Extension of Time" to file its brief. Appellee's motion is **granted**. Appellee's brief is due September 26, 2022.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually

Date:  September 15, 2022